# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | AVRAM S. EULE | ALAN J. GRANT° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | OF COUNSEL | MEGAN A. NATALE |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | MICHAEL CROSS |
| | LINDSEY H. TAYLOR | | CHRISTOPHER J. BUGGY |
| | CAROLINE F. BARTLETT | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | |
| ELLIOT M. OLSTEIN (1939-2014) | | | |

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

November 30, 2015

<u>VIA ECF</u>

Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

   Re: *DeFiesta, et al. v. Volkswagen Group of America, Inc..*
     <u>Civil Action No. 15-7012 (JLL)(JAD)</u>

Dear Judge Linares:

 We are Co-Liaison Counsel for Plaintiffs in the above matter. As the Court will recall, among the relief Plaintiffs sought in their Order to Show Cause was the creation of a document depository. In light of the relief that the parties have agreed with respect to the other discovery-related issues, Plaintiffs withdraw without prejudice their request that a document depository be created.

 Thank you for your continued attention to this matter. We are, of course, available at your convenience if you have any questions.

        Respectfully submitted,

       CARELLA, BYRNE, CECCHI, OLSTEIN,
         BRODY & AGNELLO

         /s/ James E. Cecchi

         JAMES E. CECCHI

cc: All counsel of record (via ECF)